STUBBINS, WATSON & BRYAN, CO., L.P.A.
59 N. 4TH STREET
P O BOX 488
ZANESVILLE, OH  43702-0488


Invoice submitted to:
CLYDE HARDESTY, TRUSTEE
P.O. BOX 731
NEWARK, OH 43055


January 06, 2014

In Reference To:    MCCORVEY - HARDESTY v. ENTERPRISE MORTGAGE, CASE # 11-2519

Invoice #36433

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/21/2011 | MWS | Receive and examine Trustee file, bankruptcy schedules of debtor, deed and mortgages, discuss issue of 'separated man' and use of 'above mentioned' in acknowledgment clause. | 1.10 | 357.50 |
|  | MWS | Legal research: oblique reference to borrow, Preston cases involving 'mortgagor' description. | 0.90 | 292.50 |
|  | MWS | Document preparation: draft of Adversary Complaint against Enterprise Mortgage, Inc. | 1.30 | 422.50 |
| 10/26/2011 | BAS | Prepare affidavit, application and Order to employ SWB. | 0.50 | 162.50 |
| 11/17/2011 | BAS | Work on real estate title issue and research, complete title exam. | 1.70 | 552.50 |
| 11/18/2011 | MWS | Receive and examine Title Examination. | 0.20 | 65.00 |
| 11/21/2011 | MWS | Revise Complaint of Adversary Proceeding. | 0.80 | 260.00 |
| 11/22/2011 | MWS | Correspondence to Trustee: draft of Adversary Complaint with attachments. | 0.10 | 32.50 |
| 12/1/2011 | BAS | Review and edit Adversary, emails to Trustee about filing. | 1.00 | 325.00 |
|  | MWS | Document preparation: Summons. | 0.10 | 32.50 |
| 1/5/2012 | MWS | Receive and examine Order extending time. | 0.10 | 32.50 |
| 2/20/2012 | MWS | Document preparation: Motion for Default Judgment. | 1.00 | 325.00 |

CLYDE HARDESTY, TRUSTEE                                                                                        Page       2

|              |     |                                                                                                                                                                                                                                                          | Hours | Amount      |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------------|
| 2/24/2012    | MWS | Revise Motion for Default Judgment.                                                                                                                                                                                                                      | 0.20  | 65.00       |
|              | MWS | Correspondence to Enterprise Mtg.: Motion for Default Judgment.                                                                                                                                                                                          | 0.10  | 32.50       |
|              | MWS | Correspondence to Chase Home: Motion for Default Judgment.                                                                                                                                                                                               | 0.10  | 32.50       |
| 3/1/2012     | BAS | E-mail response to Trustee on payments on mortgage and question of status of default judgment.                                                                                                                                                           | 0.10  | 32.50       |
| 3/16/2012    | MWS | Document preparation: Proof of Service; Chase Home Finance.                                                                                                                                                                                              | 0.10  | 32.50       |
| 4/5/2012     | BAS | Receive responding email from Trustee about service.                                                                                                                                                                                                     |       | NO CHARGE   |
| 5/30/2012    | BAS | Office meeting with Trustee to discuss status of case, make note to take a look at case tomorrow and get back to Trustee.                                                                                                                                | 0.30  | 97.50       |
| 5/31/2012    | BAS | Check ECF per request of Trustee, email the Trustee advising as to Entry of Appearance earlier today and status of Motion for Default Judgment.                                                                                                          |       | NO CHARGE   |
| 6/1/2012     | MWS | Receive and examine Notice of Appearance by Attorney Johnson.                                                                                                                                                                                            | 0.10  | 32.50       |
| 6/4/2012     | MWS | Receive and examine Motion to Deny Default Judgment, receive and examine Motion for Extension to Answer, receive and examine Amended Motion and proposed answer.                                                                                         | 0.50  | 162.50      |
| 6/11/2012    | MWS | Document preparation: Plaintiff's Response to Defendant's Motion Opposing Default Judgment, Plaintiff's Response to Defendant's Motion for Leave to File Answer, legal research.                                                                         | 2.10  | 682.50      |
| 7/12/2012    | BAS | Confirm Form 1 does not show Knollwood Drive property as F/A, review Form 1, confirm revised and amended Form 1 filed, calendar for follow up.                                                                                                           |       | NO CHARGE   |
| 1/9/2013     | MWS | Review status of case with Court by reviewing docket sheet; correspondence to Trustee.                                                                                                                                                                   |       | NO CHARGE   |
| 1/10/2013    | BAS | Receive and review email from Lori with copy of Docket stating that the Court has yet to rule on various Motions for Leave, review email and docket, save to file.                                                                                      |       | NO CHARGE   |
| 1/25/2013    | MWS | Office conference with Trustee to discuss status of case.                                                                                                                                                                                                | 0.20  | 65.00       |
| 3/5/2013     | BAS | Receive and review email from Kristen Dankert of Stewart Information Services Corp. on behalf of JP Morgan Chase requesting the possibility of an Agreed Settlement to Dismiss Adversary proceeding and abandon the property located at 1368 Knollwood Drive East, Columbus, OH. | 0.10  | 32.50       |
|              | MWS | Receive and examine settlement proposal from Kristen Dankert; respond.                                                                                                                                                                                   | 0.20  | 65.00       |
| 3/7/2013     | BAS | Analyze Settlement per request by Trustee taking into account proposal from Kristen Dankert, Claims Analysis for Stewart Title, in email of March 5th.                                                                                                   | 1.40  | 455.00      |

CLYDE HARDESTY, TRUSTEE                                                                                  Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/12/2013 | MWS | Receive and examine memo discussing settlement analysis of case, discuss with Trustee; correspondence to Kristen Dankert offering to settle for $30,000.00. | 0.60 | 195.00 |
| 3/13/2013 | BAS | Receive and review email from Mark Stubbins to Kristen Dankert regarding potential resolution of adversary. | | NO CHARGE |
| 3/19/2013 | MWS | Receive and examine correspondence from Kristen Dankert regarding claims bar date, respond. | 0.10 | 32.50 |
| | MWS | Receive and examine Trustee's claims analysis as requested by Kristen Dankert. | 0.30 | 97.50 |
| 4/1/2013 | MWS | Receive and examine Opinion and Order from Court denying Motion; forward to client. | 0.60 | 195.00 |
| | MWS | Document preparation: Preliminary Pretrial Statement, Witness and Exhibit Lists, and Initial Rule 26 Disclosures. | 1.10 | 357.50 |
| | MWS | Correspondence to Trustee: identity of parties, discuss whether McDavid McCorvey is the same person person as David McCorvey on the Deed. | 0.20 | 65.00 |
| 4/2/2013 | BAS | Prepare Motion for Continuance of Pre-Trial set for May 8, 2013 at 10:30 am, telephone call to Clerk to discuss possible dates available for rescheduling, Prepare Order Granting Motion for Continuance. | 0.30 | 97.50 |
| | MWS | Receive and examine name search results for McDavid McCorvey and Wendy McCorvey. | 0.10 | 32.50 |
| 4/9/2013 | MWS | Prepare for and attend Rule 26F Conference by phone. | 0.40 | 130.00 |
| | MWS | Document preparation: Trustee's First Request For Production of Documents to Plaintiff J.P. Morgan Chase. | 1.00 | 325.00 |
| 4/10/2013 | MWS | Phone conference with Attorney Luke Overmeyer: discuss discovery issues and deadlines in preparation of upcoming pretrial. | 0.30 | 97.50 |
| | MWS | Document preparation: modify and complete Trustee's Preliminary Pretrial Statement. | 0.50 | 162.50 |
| | BAS | Receive and review email from Mark Stubbins to Luke Overmeyer regarding First Request for Production of Documents. | | NO CHARGE |
| 4/12/2013 | BAS | Receive and review Order Granting Motion for Continuance of Pretrial. | 0.10 | 32.50 |
| 5/6/2013 | MWS | Receive and review Chase's Bank's Initial Disclosures. | 0.30 | 97.50 |
| 5/10/2013 | MWS | Receive and review correspondence from Attorney Luke Overmyer requesting extension, respond with consent. | 0.20 | 65.00 |

CLYDE HARDESTY, TRUSTEE                                                                                       Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/13/2013 | BAS | Receive and review email from Luke Overmeyer and Mark Stubbins, Overmeyer requested extension of time to June 10, 2013, to respond to First Set of Document Production, Mark Stubbins granted extension. |  | NO CHARGE |
| 6/5/2013 | BAS | Receive and review email from Mark Stubbins to Luke Overmeyer regarding the Trustee's Settlement Proposal dated March 19th. | 0.10 | 32.50 |
|  | MWS | Correspondence to Attorney Luke Overmeyer; status of Settlement Offer. | 0.10 | 32.50 |
|  | MWS | Receive and review response from Attorney Luke Overmeyer; contact title company. | 0.10 | 32.50 |
|  | MWS | Correspondence to Kristen Dankert; status of Offer. | 0.20 | 65.00 |
| 6/10/2013 | BAS | Receive and review email from Luke Overmeyer with attached Responses to First Request for Production of Documents, forward to Mark Stubbins for review. | 0.20 | 65.00 |
|  | MWS | Receive and review correspondence from Attorney Luke Overmeyer: response to Discovery Request. | 0.20 | 65.00 |
|  | MWS | Correspondence to Attorney Luke Overmeyer: request to confirm position on producing Loan file. | 0.20 | 65.00 |
| 6/11/2013 | MWS | Receive and review Chase Response to Plaintiff's First Report for Production of Documents, Note, Mortgage, portions of Loan file. | 1.30 | 422.50 |
|  | BAS | Receive and review email from Mark Stubbins to Luke Overmyer regarding Discovery Responses. | 0.10 | 32.50 |
|  | BAS | Receive and review email from Kristen Dankert, counsel for JPMorgan Chase, with Counter Offer for $25,000.00 to original $30,000.00 requested by Trustee Hardesty, receive and review e-mail from Mark Stubbins to Kristen with final offer of $27,500.00 to settle the adversary. | 0.10 | 32.50 |
| 6/17/2013 | BAS | Work on Motion to Compromise. | 1.50 | 487.50 |
|  | MWS | Receive and review correspondence from Kristen Dankart: agrees to settle matter for $27.5K; confirm with response correspondence to Kristen Dankert: Trustee's W-9. | 0.20 | 65.00 |
|  | MWS | Receive and review correspondence from Kristen Dankert: wants W-9 via email. | 0.10 | 32.50 |
| 6/19/2013 | BAS | Revise Motion to Compromise. | 0.70 | 227.50 |
|  |  | For professional services rendered | 25.50 | $8,287.50 |

CLYDE HARDESTY, TRUSTEE                                                                                  Page      5

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/2/2011 | Advanced expense for copies (51 x .25) | 12.75 |
|  | Advanced expense for postage. | 10.30 |
| 2/24/2012 | Advanced expense for postage. | 0.90 |
| 6/17/2013 | Advanced expense for postage to mail Motion to Compromise to Service List. | 1.84 |
|  | Advanced expense for copies of Motion to Compromise to mail to Service List. | 10.00 |
|  | Total additional charges | $35.79 |
|  | Total amount of this bill | $8,323.29 |
|  | Balance due | $8,323.29 |

# Stubbins, Watson & Bryan Co., L.P.A.

Attorneys at Law

Stubbins, Watson & Bryan Co., L.P.A.
59 North Fourth Street
P.O. Box 488
Zanesville, OH 43702-0488

P: 740-452-8484
F: 740-455-4124
www.zanesville.law.pro
Fed. ID 31-1178954

Invoices Due Upon Receipt

Hardesty
P.O. Box 731
Newark, Ohio 43055

January 08, 2014
Invoice No:    367239

## REMITTANCE PAGE

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

RE:         Hardesty/McCorvey - Chapter 7 Bankruptcy
MATTER #:   2149-005

Including the Following Itemized Services Through    January 08, 2014

STATEMENT OF ACCOUNT

| | |
|---|---:|
| FEES FOR SERVICES | $1,034.00 |
| ADVANCED EXPENSES | $212.21 |
| PREVIOUS BALANCE | $8,323.29 |
| **TOTAL AMOUNT DUE** | **$9,569.50** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | > 120 | TOTAL |
|---|---|---|---|---|---|
| $1,246.21 | $0.00 | $0.00 | $0.00 | $8,323.29 | $9,569.50 |

**ACCOUNTS RECEIVABLE**

Stubbins, Watson & Bryan Co., L.P.A.
P.O. Box 488
Zanesville, OH 43702-0488

# Stubbins, Watson & Bryan Co., L.P.A.

Attorneys at Law

Stubbins, Watson & Bryan Co., L.P.A.
59 North Fourth Street
P.O. Box 488
Zanesville, OH 43702-0488

P: 740-452-8484
F: 740-455-4124
www.zanesville.law.pro
Fed. ID 31-1178954

Invoices Due Upon Receipt

Hardesty
P.O. Box 731
Newark, Ohio 43055

January 08, 2014
Invoice No:    367239

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

RE:        Hardesty/McCorvey - Chapter 7 Bankruptcy
MATTER #:  2149-005

Including the Following Itemized Services Through    January 08, 2014

| STATEMENT OF ACCOUNT | | |
|---|---|---|
| | FEES FOR SERVICES | $1,034.00 |
| | ADVANCED EXPENSES | $212.21 |
| | PREVIOUS BALANCE | $8,323.29 |
| | **TOTAL AMOUNT DUE** | **$9,569.50** |

RE: Hardesty/McCorvey - Chapter 7 Bankruptcy

MATTER #: 2149-005

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| Jul-01-13 | MWS | Receive and examine correspondence from Trustee: funds in account for payment. | 0.10 | hours at | $325.00/hr | $32.50 |
| Jul-02-13 | BAS | Receive DART for Adversary Case information being included in original Motion to Compromise, Prepare Amended Motion to Compromise, called to Clerk to confirm how to upload document, mail copies to service list - NO CHARGE. | 0.00 | hours at | $325.00/hr | $0.00 |
| | MWS | Phone conference with Kirsten Dankert: discuss case issue, receive and examine email; respond to her email to confirm parties and W-9 information | 0.30 | hours at | $325.00/hr | $97.50 |
| Jul-16-13 | MWS | Receive and examine correspondence from Attorney Overmeyer: Entry; respond | 0.20 | hours at | $325.00/hr | $65.00 |
| Jul-23-13 | BAS | Receive and review email from Mark Stubbins with attached email and information regarding Settlement check.; No Charge | 0.05 | hours at | $0.00/hr | $0.00 |
| Jul-25-13 | BAS | Prepare Application to Employ James B. Wolfe, CPA to review income tax issues, prepare Affidavit of James B. Wolfe, prepare Order, pull and review service list | 0.50 | hours at | $325.00/hr | $162.50 |
| | MWS | Receive and examine correspondence regarding Motion to Compromise | 0.20 | hours at | $325.00/hr | $65.00 |
| Jul-26-13 | BAS | Prepare Order on Motion to Compromise, revisions to Order, email to Luke Overmeyer for review. | 0.50 | hours at | $325.00/hr | $162.50 |
| Jul-31-13 | BAS | Receive and review email form Luke Overmeyer regarding draft of Motion to Compromise, will make revisions and get back to us by the end of week. | 0.10 | hours at | $325.00/hr | $32.50 |
| Aug-01-13 | PLGL | Receive signed Affidavit back from James B. Wolfe, scan into database, mail Application to Employ and Affidavit to service list. NO CHARGE. | 0.00 | hours at | $175.00/hr | $0.00 |
| Aug-12-13 | BAS | Receive and review email from MWS in response to an email from Kristen Dankert regarding dismissal of the Adversary, Court has not yet approved the Compromise, once the Court approves, the case will be dismissed. | 0.10 | hours at | $325.00/hr | $32.50 |
| Aug-13-13 | BAS | Receive and review revised Order for Motion to Compromise from Luke Overmeyer, revisions are fine, reply email to Luke and Mark Stubbins, instructions for Neley to Prepare the Order. | 0.20 | hours at | $295.00/hr | $59.00 |
| Aug-14-13 | MWS | Receive and examine correspondence from K. Dankert: status of dismissal; respond | 0.20 | hours at | $325.00/hr | $65.00 |
| | MWS | Receive and examine correspondence from Attorney Overmeyer: revisions to proposed Order, review Order. | 0.30 | hours at | $325.00/hr | $97.50 |
| Aug-15-13 | MWS | Receive and Examine Order approving Compromise | 0.10 | hours at | $325.00/hr | $32.50 |
| Aug-20-13 | MWS | Document preparation: Stipulation of Dismissal with Prejudice | 0.30 | hours at | $325.00/hr | $97.50 |
| Aug-21-13 | MWS | Correspondence to Attorney Overmeyer: proposed Dismissal Entry | 0.10 | hours at | $325.00/hr | $32.50 |
| Dec-13-13 | BAS | Telephone call Brad Wolfe, CPA to check status of 2012 Tax Return for Bankruptcy Estate, Brad is preparing that and will deliver it to our office once complete; NO CHARGE | 0.10 | hours at | $0.00/hr | $0.00 |

| Date | Code | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| Dec-20-13 | BAS | Receive and review 2012 Tax Returns from Brad Wolfe, scan copy to file, mail originals to Trustee for signing and sending on to IRS; NO CHARGE. | 0.20 | hours at | $0.00/hr | $0.00 |
| | | TOTAL HOURS & FEES | 3.55 | hours | | $1,034.00 |

**ADVANCED EXPENSES**

| Date | Description | Amount |
|---|---|---|
| Jul-01-13 | Adv Exp Postage to mail Withdrawal of Motion to Compromise that was uploaded in the Adversary Proceeding and mail Motion to Compromise uploaded in main case to service list | 17.48 |
| | BASP - Postage to mail Amended Motion to Compromise to Service List | 16.56 |
| | BASC - Copies of Withdrawal of Motion to Compromise in Adversary and Motion to Compromise in Main Case to mail to service list | 80.00 |
| | BASC - Copies of Amended Motion to Compromise to Mail to Service List | 72.00 |
| Jul-25-13 | FedEx charges to send settlement check to Trustee Hardesty | 11.15 |
| Aug-01-13 | Postage to mail Application to Employe and Affidavit of James B. Wolfe to service list | 2.30 |
| | Copies of Application to Employ and Affidavit of James B. Wolfe to mail to service list | 10.00 |
| Dec-23-13 | Postage to mail 2012 Tax Returns to Trustee from Brad Wolfe CPA | 2.72 |
| | TOTAL OF ADVANCED EXPENSES | $212.21 |