James B. Wolfe, Attorney at Law, Ltd.
37 S. 7th Street
Zanesville, OH 43701-4301


Invoice submitted to:
Bankruptcy Estate of
McDavid and Denise McCorvey
c/o Clyde Hardesty, Trustee
P. O. Box 731
Newark OH 43055


December 19, 2013
In Reference To:   Services rendered in December 2013
Invoice #16011

Professional Services

|  | Amount |
|---|---:|
| 12/19/2013 JBW   Prepared income tax returns for bankruptcy estates | 412.50 |
| For professional services rendered | $412.50 |
| Balance due | $412.50 |

Please pay upon receipt of invoice.  Make check payable to James B. Wolfe, Attorney at Law, Ltd.  Payment is due no later than 30 days from date of invoice.  A finance charge of up to 2% per month may be added to all amounts more than 30 days past due.  Thank you for the opportunity to be of service.

Privacy Policy

Attorneys, like other providers of personal financial services, are now required by law to inform their clients of their policies regarding privacy of client information. Attorneys have been and continue to be bound by professional standards of confidentiality that are even more stringent than those required by law.  Therefore, I have always protected your right to privacy.  I retain documents containing nonpublic personal information about you that you provide to me or which I obtain from third parties with your authorization.  I do not disclose any nonpublic personal information obtained in the course of my practice except as required or permitted by law.  I protect your nonpublic personal information by maintaining physical, electronic, and procedural safeguards that comply with my professional standards.